No. 77–943. ILLINOIS *v.* GRAY. Sup. Ct. Ill. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied, it appearing that the judgment below rests on an adequate state ground. MR. JUSTICE STEWART and MR. JUSTICE MARSHALL would deny petition without explanation.

MR. JUSTICE STEVENS.

The Court's occasional practice of explaining its denials of certiorari, see, *e. g., Michigan* v. *Allensworth, ante,* p. 933; *Illinois* v. *Pendleton, ante,* p. 956; *Illinois* v. *Garlick,* 434 U. S. 988 (1977), is, I believe, inconsistent with the rule that such denials have no precedential value. Since I regard that rule as an important aspect of our practice, I do not join the Court's explanation in this case.

No. 77–1262. BECK *v.* MORRISON PUMP CO., INC. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 77–1266. MORIAL ET AL. *v.* JUDICIARY COMMISSION OF THE STATE OF LOUISIANA ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE WHITE would grant certiorari.

No. 77–1277. MISSOURI STATE HIGHWAY COMMISSION *v.* MEYER. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.